UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EVELYN CLANTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2639** |
| **DARRYL VANNOY, WARDEN** | **SECTION "T"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Evelyn Clanton's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust sate court review.

New Orleans, Louisiana, this 31st day of March, 2021.

_____
**UNITED STATES DISTRICT JUDGE**